UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAWK, | No. 2:15-cv-2529 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DERPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On January 14, 2016, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's December 30, 2015 order dismissing plaintiff's complaint with leave to amend. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's ruling is not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 30, 2015, is affirmed. Plaintiff is granted fourteen days from the date of this order to file his amended complaint. Failure to file an amended complaint within fourteen days may result in dismissal.

DATED: March 18, 2016

_____
UNITED STATES DISTRICT JUDGE

1